**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-61504-GRS |
| | § | |
| BENNETT RESOURCES, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    James R. Westenhoefer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $5,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $831,066.90 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $85,703.10 | | |

    3)    Total gross receipts of $916,770.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $916,770.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,500,000.00 | $4,223,160.87 | $4,223,160.87 | $831,066.90 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $85,703.10 | $85,703.10 | $85,703.10 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $426,338.49 | $283,308.05 | $283,308.05 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,802,618.68 | $2,121,949.68 | $1,012,571.16 | $0.00 |
| **Total Disbursements** | $4,728,957.17 | $6,714,121.70 | $5,604,743.18 | $916,770.00 |

4). This case was originally filed under chapter 7 on 11/22/2013. The case was pending for 53 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2018            By:   /s/ James R. Westenhoefer
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| JAMES R. WESTENHOEFER for the Estate of Manalapan Mining Company, Inc. | 1180-000 | ($5,000.00) |
| McVey Land Development, LLC | 1180-000 | $5,000.00 |
| 87 CAT 12' 6 Grader | 1229-000 | $22,000.00 |
| Bank of Harlan business checking account -0223 | 1229-000 | $400.00 |
| Bucyrus Dash -1 Miner (s/n 7088098) | 1229-000 | $5,000.00 |
| Bucyrus Dash-2Miner s/n 320026 @D-1 (MR-01) | 1229-000 | $5,000.00 |
| Canopy Jacks | 1229-000 | $200.00 |
| Case 586C Forklift: serial # 9000302 | 1229-000 | $500.00 |
| Case 586D Forklift: Serial # 9075357 | 1229-000 | $800.00 |
| Cash Metals & Recycling, LLC | 1229-000 | $28,200.00 |
| CAT 330 D Excavating | 1229-000 | $65,000.00 |
| CAT 420E - Backhoe with attachments - JKMW00865 | 1229-000 | $20,000.00 |
| CAT 988B Loader - 50W2454 | 1229-000 | $15,000.00 |
| CAT 988F Loader - 2ZR01480 | 1229-000 | $40,000.00 |
| CAT D-6R Dozer - 9PN01806 | 1229-000 | $40,000.00 |
| DEP REVERSE: Cash Metals & Recycling, LLC | 1229-000 | ($28,200.00) |
| Fletcher Roof Bolter | 1229-000 | $500.00 |
| Four Fletcher Mobile Roof Supports | 1229-000 | $600,000.00 |
| HITACHI 270 Excavator - 15JP010837 | 1229-000 | $25,000.00 |
| Hydro Power Lo Trak No 4836 | 1229-000 | $2,000.00 |
| Hydro Power Lo Trak #4836 | 1229-000 | $2,000.00 |
| John Deere 482C Forklift - TO482CM809943 | 1229-000 | $1,500.00 |
| John Deere 482C Forklift, serial # T0482CM806587 | 1229-000 | $3,500.00 |
| John Deere 744 Loader: serial # 744EB000123 | 1229-000 | $5,000.00 |
| Joy 1410 Miner | 1229-000 | $3,000.00 |
| Joy 1410 Miner | 1229-000 | $5,500.00 |
| Joy 1410 Miner Frame | 1229-000 | $5,500.00 |
| Joy 64' Shuttle Car | 1229-000 | $5,000.00 |
| Long Airdox 488 Scoop | 1229-000 | $1,620.00 |
| Long Airdox Bridge Carrier (Scrap) | 1229-000 | $250.00 |
| MACK Hydro Seeder - 1M2B128C2CA00817 | 1229-000 | $1,500.00 |
| McVey Land Development, LLC | 1229-000 | ($164,000.00) |
| McVey Land Development, LLC | 1229-000 | $164,000.00 |
| Roof bolter | 1229-000 | $6,000.00 |
| Shroader Coal Drill | 1229-000 | $2,500.00 |
| Simmons Rand 488 Scoop | 1229-000 | $12,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | |
|---|---|---:|
| Simmons Rand SFT Fan | 1229-000 | $300.00 |
| Stamier Feeder | 1229-000 | $3,600.00 |
| Trickle Duster (D-1 Mine) | 1229-000 | $100.00 |
| VOLVO A-35C Truck - A35CV4606 | 1229-000 | $8,000.00 |
| VOLVO A-35C Truck - A35CV60590 | 1229-000 | $8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$916,770.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 12 | COMMUNITY TRUST BANK, INC. | 4110-000 | $0.00 | $3,392,093.97 | $3,392,093.97 | $0.00 |
| | Community Trust Bank | 4110-000 | $2,500,000.00 | $0.00 | $0.00 | $0.00 |
| | Community Trust Bank | 4210-000 | $0.00 | $592,446.90 | $592,446.90 | $592,446.90 |
| | Community Trust Bank | 4210-002 | $0.00 | $238,620.00 | $238,620.00 | $238,620.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,500,000.00** | **$4,223,160.87** | **$4,223,160.87** | **$831,066.90** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**
NONE

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|
| JAMES R. WESTENHOEFER, Trustee | 2100-000 | NA | $25,701.30 | $25,701.30 | $25,701.30 |
| Integrity Bank | 2600-000 | NA | $1.80 | $1.80 | $1.80 |
| Phillips Machine Services, Inc., Auctioneer for Trustee | 3610-000 | NA | $60,000.00 | $60,000.00 | $60,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$85,703.10** | **$85,703.10** | **$85,703.10** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 7 | BELL COUNTY KENTUCKY | 5800-000 | $0.00 | $220,231.09 | $220,231.09 | $0.00 |
| 24 | KENTUCKY DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $63,076.96 | $63,076.96 | $0.00 |
|  | Bell County Sheriff | 5800-000 | $115,000.00 | $0.00 | $0.00 | $0.00 |
|  | Harlan County Court Clerk | 5800-000 | $307,282.81 | $0.00 | $0.00 | $0.00 |
|  | Harlan County Court Clerk | 5800-000 | $4,055.68 | $0.00 | $0.00 | $0.00 |
|  | Harlan County Sheriff | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Kentucky Revenue Cabinet | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $426,338.49 | $283,308.05 | $283,308.05 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CATERPILLAR FINANCIAL SERVICES | 7100-000 | $0.00 | $92,183.23 | $92,183.23 | $0.00 |
| 2 | THE HANNON COMPANY | 7100-000 | $0.00 | $111,924.00 | $0.00 | $0.00 |
| 3 | WC HYDRAULICS, INC. | 7100-000 | $0.00 | $14,298.67 | $14,298.67 | $0.00 |
| 4 | JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | 7100-000 | $0.00 | $76,384.06 | $76,384.06 | $0.00 |
| 5 | WHAYNE SUPPLY CO | 7100-000 | $0.00 | $392,751.83 | $392,751.83 | $0.00 |
| 6 | BROOKS TIRE SERVICE, INC. | 7100-000 | $0.00 | $33,448.20 | $33,448.20 | $0.00 |
| 8 | CATERPILLAR FINANCIAL SVCS CORP | 7100-000 | $0.00 | $97,184.48 | $97,184.48 | $0.00 |
| 9 | HARLAN COUNTY ATTORNEY | 7100-000 | $0.00 | $213,253.16 | $213,253.16 | $0.00 |
| 10 | KENTUCKY MINE SUPPLY COMPANY | 7100-000 | $0.00 | $69,345.43 | $69,345.43 | $0.00 |
| 11 | RT WELDING & | 7100-000 | $0.00 | $14,465.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | FABRICATION |  |  |  |  |  |
| 13 | EVANS MILLER WARRINER & COMPANY | 7100-000 | $0.00 | $11,950.40 | $0.00 | $0.00 |
| 14 | EVANS MILLER WARRINER & COMPANY | 7100-000 | $0.00 | $5,715.40 | $0.00 | $0.00 |
| 15 | EVANS MILLER WARRINER & COMPANY | 7100-000 | $0.00 | $8,105.50 | $0.00 | $0.00 |
| 16 | EVANS MILLER WARRINER & COMPANY | 7100-000 | $0.00 | $6,743.80 | $0.00 | $0.00 |
| 17 | EVANS MILLER WARRINER & COMPANY | 7100-000 | $0.00 | $3,768.83 | $0.00 | $0.00 |
| 18 | LAWSON & LAWSON PSC | 7100-000 | $0.00 | $17,414.41 | $17,414.41 | $0.00 |
| 19 | B & S TRUCKING COMPANY INC | 7100-000 | $0.00 | $70,226.74 | $0.00 | $0.00 |
| 20 | BLACK STAR LAND & MINING | 7100-000 | $0.00 | $51,425.53 | $0.00 | $0.00 |
| 21 | CUMBERLAND HARLAN EXPLORATION | 7100-000 | $0.00 | $88,901.11 | $0.00 | $0.00 |
| 22 | GEORGE F. BENNETT | 7200-000 | $0.00 | $8,353.99 | $0.00 | $0.00 |
| 23 | CONVERSE AND COMPANY, INC. | 7200-000 | $0.00 | $727,798.22 | $0.00 | $0.00 |
| 24a | KENTUCKY DEPARTMENT OF REVENUE | 7100-000 | $0.00 | $6,307.69 | $6,307.69 | $0.00 |
|  | B&S Trucking Corporation | 7100-000 | $67,907.00 | $0.00 | $0.00 | $0.00 |
|  | Bennett, George | 7100-000 | $8,353.99 | $0.00 | $0.00 | $0.00 |
|  | Blackstar Land Company, Ltd | 7100-000 | $48,982.00 | $0.00 | $0.00 | $0.00 |
|  | Bonanza's Harlan Automotive | 7100-000 | $31.37 | $0.00 | $0.00 | $0.00 |
|  | Brandon's Starter & Alternator | 7100-000 | $956.26 | $0.00 | $0.00 | $0.00 |
|  | Brooks Tire Service, Inc. | 7100-000 | $33,448.20 | $0.00 | $0.00 | $0.00 |
|  | Bucyrus America, Inc. | 7100-000 | $30,880.29 | $0.00 | $0.00 | $0.00 |
|  | Carbonoks LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Cat Commercial Account Corp | 7100-000 | $52,351.30 | $0.00 | $0.00 | $0.00 |
| Caterpillar Financial Services Corp. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| CBJ Plating & Machine, Inc. | 7100-000 | $20,764.08 | $0.00 | $0.00 | $0.00 |
| Central Hydraulics Service, Inc. | 7100-000 | $875.99 | $0.00 | $0.00 | $0.00 |
| Croushorn Equipment Company | 7100-000 | $2,826.53 | $0.00 | $0.00 | $0.00 |
| Cumberland Harlan Exploration Co | 7100-000 | $84,203.00 | $0.00 | $0.00 | $0.00 |
| Electric Motor Repair & Sales Co. | 7100-000 | $2,423.16 | $0.00 | $0.00 | $0.00 |
| Evans Miller Warriner & Company | 7100-000 | $25,789.60 | $0.00 | $0.00 | $0.00 |
| Fairchild International | 7100-000 | $1,174.22 | $0.00 | $0.00 | $0.00 |
| Hannon Electric Co. | 7100-000 | $128,875.00 | $0.00 | $0.00 | $0.00 |
| Harlan Glass Services, Inc. | 7100-000 | $823.45 | $0.00 | $0.00 | $0.00 |
| Hifax Industrial Components | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| John Deere Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Joy Mining Machinery | 7100-000 | $6,789.97 | $0.00 | $0.00 | $0.00 |
| Kentucky Mine Supply Company | 7100-000 | $58,729.77 | $0.00 | $0.00 | $0.00 |
| Lawson & Lawson | 7100-000 | $9,529.23 | $0.00 | $0.00 | $0.00 |
| Logan Corporation | 7100-000 | $8,117.66 | $0.00 | $0.00 | $0.00 |
| Manalapan Mining Co. | 7100-000 | $710,790.00 | $0.00 | $0.00 | $0.00 |
| Mayo Manufacturing Company | 7100-000 | $10,770.07 | $0.00 | $0.00 | $0.00 |
| RT Welding & Fabrication | 7100-000 | $14,465.00 | $0.00 | $0.00 | $0.00 |
| Rudd Equipment Company | 7100-000 | $13,686.11 | $0.00 | $0.00 | $0.00 |
| Spider & Son's | 7100-000 | $1,085.79 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Glass & Radiators |  |  |  |  |  |
| Tri State Truck Parts & Supply | 7100-000 | $3,570.62 | $0.00 | $0.00 | $0.00 |
| Valley Mine Service, Inc. | 7100-000 | $15,818.60 | $0.00 | $0.00 | $0.00 |
| Vernon Lemar II Trucking | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| WC Hydraulics, Inc. | 7100-000 | $19,608.15 | $0.00 | $0.00 | $0.00 |
| Whayne Supply Company | 7100-000 | $415,492.27 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $1,802,618.68 | $2,121,949.68 | $1,012,571.16 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-61504 | | | Trustee Name: | James Westenhoefer |
|---|---|---|---|---|---|
| Case Name: | BENNETT RESOURCES, LLC | | | Date Filed (f) or Converted (c): | 11/22/2013 (f) |
| For the Period Ending: | 5/10/2018 | | | §341(a) Meeting Date: | 12/20/2013 |
| | | | | Claims Bar Date: | 05/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank of Harlan business checking account -0223 | $0.00 | $400.00 | | $400.00 | FA |
| 2 | Carbonok, LLC owes the Debtor $38,600 for an advance payment made by the Debtor for 3 safe havens. Carbonok filed a Chapter 11 case in Charleston, WV, being Case No. 3:13-30024. Debtor filed a POC. | Unknown | $0.00 | | $0.00 | FA |
| 3 | Left Fork Mining Co. owes the Debtor for an inter-company loan of $129,378. Cloverfork Mining & Excavating owes the Debtor for an inter-company loan of $127,026. These companies are in bankruptcy so collectiblity is unknown. | Unknown | $0.00 | | $0.00 | FA |
| 4 | Manalapan Land Company Ltd. owes the Debtor a loan of $1,010,622. Collectibility is unknown. | Unknown | $0.00 | | $0.00 | FA |
| 5 | Potential claims against certain officers and agents of U.S. Dept of Labor, MSHA, pending before the U.S. District Court, EDKY, Case No. 6:13-cv-0008-KKC. | Unknown | $0.00 | | $0.00 | FA |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 87 CAT 12' 6 Grader (u) | $0.00 | $22,000.00 | | $22,000.00 | FA |
| 8 | CAT 988F Loader - 2ZR01480 (u) | $0.00 | $40,000.00 | | $40,000.00 | FA |
| 9 | CAT 988B Loader - 50W2454 (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |
| 10 | CAT 420E - Backhoe with attachments - JKMW00865 (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |
| 11 | VOLVO A-35C Truck - A35CV60590 (u) | $0.00 | $8,000.00 | | $8,000.00 | FA |
| 12 | VOLVO A-35C Truck - A35CV4606 (u) | $0.00 | $8,000.00 | | $8,000.00 | FA |
| 13 | CAT D-6R Dozer - 9PN01806 (u) | $0.00 | $40,000.00 | | $40,000.00 | FA |
| 14 | HITACHI 270 Excavator - 15JP010837 (u) | $0.00 | $25,000.00 | | $25,000.00 | FA |
| 15 | John Deere 482C Forklift - TO482CM809943 (u) | $0.00 | $1,500.00 | | $1,500.00 | FA |
| 16 | MACK Hydro Seeder - 1M2B128C2CA00817 (u) | $0.00 | $1,500.00 | | $1,500.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 13-61504 | | Trustee Name: | James Westenhoefer |
| --- | --- | --- | --- | --- |
| Case Name: | BENNETT RESOURCES, LLC | | Date Filed (f) or Converted (c): | 11/22/2013 (f) |
| For the Period Ending: | 5/10/2018 | | §341(a) Meeting Date: | 12/20/2013 |
| | | | Claims Bar Date: | 05/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17  Store House Supplies | $5,000.00 | $0.00 | | $0.00 | FA |
| 18  CAT 330 D Excavating  (u) | $0.00 | $65,000.00 | | $65,000.00 | FA |
| 19  Four Fletcher Mobile Roof Supports  (u) | $0.00 | $600,000.00 | | $600,000.00 | FA |
| 20  Joy 64' Shuttle Car | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 21  Roof bolter | $0.00 | $6,000.00 | | $6,000.00 | FA |
| 22  Joy 1410 Miner Frame | $0.00 | $5,500.00 | | $5,500.00 | FA |
| 23  Joy 1410 Miner | $0.00 | $5,500.00 | | $5,500.00 | FA |
| 24  Joy 1410 Miner | $0.00 | $3,000.00 | | $3,000.00 | FA |
| 25  Stamier Feeder | $0.00 | $3,600.00 | | $3,600.00 | FA |
| 26  Hydro Power Lo Trak No 4836 | $0.00 | $2,000.00 | | $2,000.00 | FA |
| 27  Hydro Power Lo Trak #4836 | $0.00 | $2,000.00 | | $2,000.00 | FA |
| 28  Simmons Rand 488 Scoop | $0.00 | $5,000.00 | | $12,500.00 | FA |
| 29  Long Airdox 488 Scoop | $0.00 | $1,620.00 | | $1,620.00 | FA |
| 30  Shroader Coal Drill | $0.00 | $2,500.00 | | $2,500.00 | FA |
| 31  Bucyrus Dash -1 Miner (s/n 7088098)  (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 32  Simmons Rand SFT Fan  (u) | $0.00 | $300.00 | | $300.00 | FA |
| 33  Canopy Jacks  (u) | $0.00 | $200.00 | | $200.00 | FA |
| 34  Long Airdox Bridge Carrier (Scrap)  (u) | $0.00 | $250.00 | | $250.00 | FA |
| 35  Bucyrus Dash-2Miner s/n 320026 @D-1 (MR-01)  (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 36  Fletcher Roof Bolter  (u) | $0.00 | $500.00 | | $500.00 | FA |
| 37  Trickle Duster (D-1 Mine)  (u) | $0.00 | $100.00 | | $100.00 | FA |
| 38  John Deere 482C Forklift, serial # T0482CM806587  (u) | $0.00 | $3,500.00 | | $3,500.00 | FA |
| 39  Case 586D Forklift: Serial # 9075357  (u) | $0.00 | $800.00 | | $800.00 | FA |
| 40  John Deere 744 Loader: serial # 744EB000123  (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 41  Case 586C Forklift: serial # 9000302  (u) | $0.00 | $500.00 | | $500.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                   **Gross Value of Remaining Assets**

| | $5,000.00 | $909,270.00 | | $916,770.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Case 13-61504-grs Doc 95 Filed 05/10/18 Entered 05/10/18 17:53:37 Desc Main
Document Page 11 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3 Exhibit 8

| Case No.: | 13-61504 | | | Trustee Name: | James Westenhoefer |
| Case Name: | BENNETT RESOURCES, LLC | | | Date Filed (f) or Converted (c): | 11/22/2013 (f) |
| For the Period Ending: | 5/10/2018 | | | §341(a) Meeting Date: | 12/20/2013 |
| | | | | Claims Bar Date: | 05/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

07/16/2014   This debtor's property is secured to Community Trust Bank in Pikeville, Ky. Approximately $825,000.00 of equipment has been sold with the bank's approval. The bank has received 97% and the trustee 3%. It is unlikely that any funds will ever be available to unsecured creditors.

Initial Projected Date Of Final Report (TFR):        Current Projected Date Of Final Report (TFR):   12/31/2018      /s/ JAMES WESTENHOEFER

JAMES WESTENHOEFER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-61504 | | | Trustee Name: | James Westenhoefer |
|---|---|---|---|---|---|
| Case Name: | BENNETT RESOURCES, LLC | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6963 | | | Checking Acct #: | ******1504 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/22/2013 | | | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 5/10/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2014 | (7) | McVey Land Development LLC | 1987 Cat 12' 6 Grader | 1229-000 | $22,000.00 | | $22,000.00 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $12.59 | $21,987.41 |
| 03/10/2014 | | Integrity Bank | Bank service fee reversal | 2600-000 | | ($12.59) | $22,000.00 |
| 03/11/2014 | | McVey Land Development, LLC | Misc. Equipment | * | $164,000.00 | | $186,000.00 |
| | {8} | | $40,000.00 | 1229-000 | | | $186,000.00 |
| | {9} | | $15,000.00 | 1229-000 | | | $186,000.00 |
| | {10} | | $20,000.00 | 1229-000 | | | $186,000.00 |
| | {11} | | $8,000.00 | 1229-000 | | | $186,000.00 |
| | {12} | | $8,000.00 | 1229-000 | | | $186,000.00 |
| | {13} | | $40,000.00 | 1229-000 | | | $186,000.00 |
| | {14} | | $25,000.00 | 1229-000 | | | $186,000.00 |
| | {15} | | $1,500.00 | 1229-000 | | | $186,000.00 |
| | {16} | | $1,500.00 | 1229-000 | | | $186,000.00 |
| | | | $5,000.00 | 1180-000 | | | $186,000.00 |
| 03/11/2014 | 3001 | JAMES R. WESTENHOEFER for the Estate of Manalapan Mining Company, Inc. | Check amount of $164,000 included $5,000 to Manalapan Mining Company, Inc. for items purchased. (This check should have read "James R. Westenhoefer for the Estate of Bennett Resources, LLC" instead of Manalapan Mining Company, Inc. | 1180-000 | ($5,000.00) | | $181,000.00 |
| 03/12/2014 | | McVey Land Development, LLC | Misc. Equipment | 1229-000 | $164,000.00 | | $345,000.00 |
| 03/12/2014 | | McVey Land Development, LLC | Misc. Equipment | 1229-000 | ($164,000.00) | | $181,000.00 |
| 03/24/2014 | (18) | Cash Metal & Recycling LLC | Cat 330 D. Excavating | 1229-000 | $65,000.00 | | $246,000.00 |
| 03/24/2014 | 3002 | Community Trust Bank | Per Docket Entry No. 12 and Order entered (Docket Entry No. 16 | 4210-002 | | $238,620.00 | $7,380.00 |
| 03/24/2014 | 3003 | JAMES R. WESTENHOEFER | Docket Entry No. 12 and Order Entered (Docket Entry No. 16) | 2100-000 | | $7,380.00 | $0.00 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $202.50 | ($202.50) |
| 04/01/2014 | | Integrity Bank | Reverse Bank Fee | 2600-000 | | ($202.50) | $0.00 |
| 06/16/2014 | (19) | Phillips Machine Service, Inc. | four mobile roof support systems | 1229-000 | $600,000.00 | | $600,000.00 |
| 06/16/2014 | 3004 | Phillips Machine Services, Inc. | Sale of Estate Assets | 3610-000 | | $60,000.00 | $540,000.00 |
| | | | **SUBTOTALS** | | $846,000.00 | $306,000.00 | |

| Case No. | 13-61504 | | | Trustee Name: | James Westenhoefer |
|---|---|---|---|---|---|
| Case Name: | BENNETT RESOURCES, LLC | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6963 | | | Checking Acct #: | ******1504 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/22/2013 | | | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 5/10/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2014 | 3005 | Community Trust Bank | Payment | 4210-000 | | $523,800.00 | $16,200.00 |
| 06/16/2014 | 3006 | JAMES R. WESTENHOEFER | Trustee Compensation | 2100-000 | | $16,200.00 | $0.00 |
| 06/19/2014 | | Cash Metals & Recycling, LLC | Wrong amount | 1229-000 | $28,200.00 | | $28,200.00 |
| 06/19/2014 | | McVey Land Development, LLC | Deposit | * | $9,800.00 | | $38,000.00 |
| | {38} | | $3,500.00 | 1229-000 | | | $38,000.00 |
| | {39} | | $800.00 | 1229-000 | | | $38,000.00 |
| | {40} | | $5,000.00 | 1229-000 | | | $38,000.00 |
| | {41} | | $500.00 | 1229-000 | | | $38,000.00 |
| 06/19/2014 | (20) | McVey Land Development, LLC | Joy 64' Shuttle Car Scrap | 1229-000 | $5,000.00 | | $43,000.00 |
| 06/19/2014 | (21) | McVey Land Development LLC | Roof Bolter | 1229-000 | $6,000.00 | | $49,000.00 |
| 06/19/2014 | | DEP REVERSE: Cash Metals & Recycling, LLC | Wrong amount | 1229-000 | ($28,200.00) | | $20,800.00 |
| 06/19/2014 | | Cash Metals & Recycling LLC | Various items | * | $28,220.00 | | $49,020.00 |
| | {22} | | $5,500.00 | 1229-000 | | | $49,020.00 |
| | {23} | | $5,500.00 | 1229-000 | | | $49,020.00 |
| | {24} | | $3,000.00 | 1229-000 | | | $49,020.00 |
| | {25} | | $3,600.00 | 1229-000 | | | $49,020.00 |
| | {26} | | $2,000.00 | 1229-000 | | | $49,020.00 |
| | {27} | | $2,000.00 | 1229-000 | | | $49,020.00 |
| | {28} | | $2,500.00 | 1229-000 | | | $49,020.00 |
| | {29} | | $1,620.00 | 1229-000 | | | $49,020.00 |
| | {30} | | $2,500.00 | 1229-000 | | | $49,020.00 |
| 07/30/2014 | 3007 | Community Trust Bank | Payment per Order dated July 25, 2014. | 4210-000 | | $47,549.40 | $1,470.60 |
| 07/30/2014 | 3008 | JAMES R. WESTENHOEFER | Trustee Compensation | 2100-000 | | $1,470.60 | $0.00 |
| 10/27/2014 | (28) | Dynasty Mining, Inc. | Simmons Rand Scoop Core (482-1918) | 1229-000 | $2,500.00 | | $2,500.00 |
| 10/27/2014 | (28) | Dynasty Mining, Inc. | Simmons Rand Scoop Core (482-2030) | 1229-000 | $2,500.00 | | $5,000.00 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.78 | $4,999.22 |
| 11/05/2014 | | Integrity Bank | Reverse Bank Fee | 2600-000 | | ($0.78) | $5,000.00 |
| 11/12/2014 | (28) | JAMES R. WESTENHOEFER | Deposit | 1229-000 | $2,500.00 | | $7,500.00 |

**SUBTOTALS** $56,520.00   $589,020.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-61504 | | | Trustee Name: | James Westenhoefer |
|---|---|---|---|---|---|
| Case Name: | BENNETT RESOURCES, LLC | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6963 | | | Checking Acct #: | ******1504 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/22/2013 | | | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 5/10/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2014 | (28) | Dynasty Mining, Inc. | Final Payment on 482 Scoops purchased | 1229-000 | $2,500.00 | | $10,000.00 |
| 12/01/2014 | 3009 | Community Trust Bank | Personal Property | 4210-000 | | $9,700.00 | $300.00 |
| 12/01/2014 | 3010 | JAMES R. WESTENHOEFER | Trustee Compensation | 2100-000 | | $300.00 | $0.00 |
| 02/25/2015 | (1) | David J. Partin | Purchase of Damasus MAC 10-D Diesel Transporter s/n 289 and Hydra Power Lo Trac s/n 61140 | 1229-000 | $400.00 | | $400.00 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.62 | $399.38 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.62 | $398.76 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.64 | $398.12 |
| 06/03/2015 | | Integrity Bank | Reverse Bank Fees | 2600-000 | | ($1.88) | $400.00 |
| 06/24/2015 | | McVey Land Development LLC | Purchase of Misc. Items | * | $11,350.00 | | $11,750.00 |
| | {31} | | $5,000.00 | 1229-000 | | | $11,750.00 |
| | {32} | | $300.00 | 1229-000 | | | $11,750.00 |
| | {33} | | $200.00 | 1229-000 | | | $11,750.00 |
| | {35} | | $5,000.00 | 1229-000 | | | $11,750.00 |
| | {34} | | $250.00 | 1229-000 | | | $11,750.00 |
| | {36} | | $500.00 | 1229-000 | | | $11,750.00 |
| | {37} | | $100.00 | 1229-000 | | | $11,750.00 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.80 | $11,748.20 |
| 07/22/2015 | 3011 | Community Trust bank | Per order of court (Docket #39) | 4210-000 | | $11,397.50 | $350.70 |
| 07/22/2015 | 3011 | VOID: Community Trust bank | Voided by mistake. | 4210-003 | | ($11,397.50) | $11,748.20 |
| 07/22/2015 | 3012 | Community Trust Bank | Per order of Court (Docket #39) | 4210-000 | | $11,397.50 | $350.70 |
| 07/22/2015 | 3013 | James R. Westenhoefer | Trustee Compensation | 2100-000 | | $350.70 | $0.00 |

| | | | | **SUBTOTALS** | $14,250.00 | $21,750.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-61504 | | Trustee Name: | James Westenhoefer |
|---|---|---|---|---|
| Case Name: | BENNETT RESOURCES, LLC | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6963 | | Checking Acct #: | ******1504 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/22/2013 | | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 5/10/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $916,770.00 | $916,770.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $916,770.00 | $916,770.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $916,770.00 | $916,770.00 | |

**For the period of 11/22/2013 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $916,770.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $916,770.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $678,150.00 |
| Total Non-Compensable Disbursements: | $238,620.00 |
| Total Comp/Non Comp Disbursements: | $916,770.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/12/2014 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $916,770.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $916,770.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $678,150.00 |
| Total Non-Compensable Disbursements: | $238,620.00 |
| Total Comp/Non Comp Disbursements: | $916,770.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 5                    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-61504 | Trustee Name: | James Westenhoefer |
| --- | --- | --- | --- |
| Case Name: | BENNETT RESOURCES, LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6963 | Checking Acct #: | ******1504 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/22/2013 | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 5/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $916,770.00 | $916,770.00 | $0.00 |

**For the period of 11/22/2013 to 5/10/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $916,770.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $916,770.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $678,150.00 |
| Total Non-Compensable Disbursements: | $238,620.00 |
| Total Comp/Non Comp Disbursements: | $916,770.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/22/2013 to 5/10/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $916,770.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $916,770.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $678,150.00 |
| Total Non-Compensable Disbursements: | $238,620.00 |
| Total Comp/Non Comp Disbursements: | $916,770.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES WESTENHOEFER

JAMES WESTENHOEFER